AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Wachovia Financial Services, Inc. and Wachovia Ban ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| Harvey Birdman; Louis Birdman; Diane Birdman,etal ) | |
| *Defendant* ) | **09-CV-81252-Marra/Johnson** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Harvey Birdman
3755 NE 214 Street
Aventura, FL 33180

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy S. Rubin
Ruden, McClosky
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel. (561) 838-4547
Fax (561) 514-3447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 28, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ R Blanchard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Wachovia Financial Services, Inc. and Wachovia Ban | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Harvey Birdman; Louis Birdman; Diane Birdman,etal | ) | **09-CV-81252-Marra/Johnson** |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Louis Birdman
812 Meridian Lane
Hollywood, FL 33019

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy S. Rubin
Ruden, McClosky
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel. (561) 838-4547
Fax (561) 514-3447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: **August 28, 2009**

s/ R Blanchard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Wachovia Financial Services, Inc. and Wachovia Ban | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Harvey Birdman; Louis Birdman; Diane Birdman,etal | ) | **09-CV-81252-Marra/Johnson** |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Diane Birdman
3755 NE 214 Street
Aventura, FL 33180

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy S. Rubin
Ruden, McClosky
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel. (561) 838-4547
Fax (561) 514-3447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**August 28, 2009**
Date: _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ R Blanchard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Wachovia Financial Services, Inc. and Wachovia Ban | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Harvey Birdman; Louis Birdman; Diane Birdman,etal | ) | |
| *Defendant* | ) | **09-CV-81252-Marra/Johnson** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Herbert Hirsch
Toscana West Condominium
3720 S Ocean Boulevard, #1501
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy S. Rubin
Ruden, McClosky
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel. (561) 838-4547
Fax (561) 514-3447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 28, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ R Blanchard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Wachovia Financial Services, Inc. and Wachovia Ban | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Harvey Birdman; Louis Birdman; Diane Birdman, etal | ) | 09-CV-81252-Marra/Johnson |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bonita L. Hirsch
Toscana West Condominium
3720 S Ocean Boulevard, #1501
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy S. Rubin
Ruden, McClosky
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel. (561) 838-4547
Fax (561) 514-3447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**August 28, 2009**
Date: _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ R Blanchard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Wachovia Financial Services, Inc. and Wachovia Ban ) <br> *Plaintiff* ) <br> v. ) <br> Harvey Birdman; Louis Birdman; Diane Birdman,etal ) <br> *Defendant* ) | Civil Action No. <br> **09-CV-81252-Marra/Johnson** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The Harvey Birdman Revocable Trust dated October 9, 2001
Harvey Birdman as Trustee
3755 NE 214 Street
Aventura, FL 33180

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy S. Rubin
Ruden, McClosky
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel. (561) 838-4547
Fax (561) 514-3447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**August 28, 2009**
Date: _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ R Blanchard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Wachovia Financial Services, Inc. and Wachovia Ban | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **09-CV-81252-Marra/Johnson** |
| Harvey Birdman; Louis Birdman; Diane Birdman,etal | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The Diane Birdman Revocable Trust dated October 9, 2001
Diane Birdman as Trustee
3755 NE 214 Street
Aventura, FL 33180

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy S. Rubin
Ruden, McClosky
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel. (561) 838-4547
Fax (561) 514-3447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 28, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ R Blanchard
Deputy Clerk
U.S. District Courts